AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| EZBON PRYOR<br><br>*Plaintiff(s)*<br>v.<br>U-HAUL CO. OF CALIFORNIA; AMERCO REAL ESTATE COMPANY; AMERCO<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-05311-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U-HAUL CO. OF CALIFORNIA: 330 N. Brand Blvd., Suite 700, Glendale, CA 91203
AMERCO REAL ESTATE COMPANY: 330 N. Brand Blvd., Suite 700, Glendale, CA 91203
AMERCO: 330 N. Brand Blvd., Suite 700, Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
Rein & Clefton, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: September 20, 2022

*Signature of Clerk or Deputy Clerk*