1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  EZBON PRYOR

7                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8

9
   EZBON PRYOR,                          CASE NO. 3:22-cv-05311-JD
10                                       Civil Rights
         Plaintiffs,
11                                       **PROOF OF SERVICE**
         v.
12
   U-HAUL CO. OF CALIFORNIA;
13 AMERCO REAL ESTATE COMPANY;
   AMERCO
14
         Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                1

PROOF OF SERVICE
CASE NO. 3:22-cv-05311-JD

AO 440(Rev. 12/09 ) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-05311-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for AMERCO REAL ESTATE COMPANY was received by me on September 21, 2022.

Documents:  SEE ATTACHED LIST

Service Address:  330 N Brand Blvd Ste 700
Glendale, CA 912032336

☐ I personally served the above documents on the individual at (address) on (date/time)

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on ; or

☑ I served the summons to CT CORPORATION - AGENT FOR SERVICE - BY LEAVING WITH DIANA RUIZ / INTAKE SPECIALIST , who is designated by law to accept service of process on behalf of AMERCO REAL ESTATE COMPANY on September 22, 2022  12:45 PM

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 54.75 for services, for a total of $ 54.75

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: September 22, 2022

*Server's signature*

Additional information regarding attempted service, etc:

BRUCE ANDERSON
*Printed name and title*
REG # 2016038557, County of LOS ANGELES

2920 CAMINO DIABLO, WALNUT CREEK, CA 94597
*Server's Address*

18483

**ONE HOUR LEGAL**

2920 CAMINO DIABLO

WALNUT CREEK, CA 94597

Phone: (925) 947-3470   Fax: (925) 947-3480

Continued from Proof of Service

**CLIENT:** REIN & CLEFTON ATORNEYS AT LAW

**CLIENT FILE #:** U-HAUL OAKLAND             **DATE:** September 22, 2022

**SUBJECT:** AMERCO REAL ESTATE COMPANY

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES; ORDER ASSIGNING JUDGE JAMES DONATO; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLES II AND III; GENERAL ORDER NO. 56; STANDING ORDERS OF JUDGE JAMES DONATO; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; FILING PROCEDURES OF THE US DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION HANDOUT; NOTICE AND DISCLAIMER BY PLAINTIFF'S ATTORNEYS; ADVISORY PACKAGE FOR DISABIITY LITIGATION



Order#: 18483/DocAtt2010