```
1    PAUL L. REIN, Esq. (SBN 43053)
     AARON M. CLEFTON, Esq. (SBN 318680)
2    REIN & CLEFTON, Attorneys at Law
     200 Lakeside Drive, Suite A
3    Oakland, CA  94612
     Telephone:    510/832-5001
4    Facsimile:    510/832-4787
     info@reincleftonlaw.com
5
     Attorneys for Plaintiff
6    EZBON PRYOR

7    RYAN MCCOY (BAR NO. 239882)
     NORTON ROSE FULBRIGHT US LLP
8    555 South Flower Street
     Forty-First Floor
9    Los Angeles, California  90071
     Telephone:    (213) 892-9200
10   Facsimile:    (213) 892-9494
     ryan.mccoy@nortonrosefulbright.com
11

12   Attorneys for Defendants
     U-HAUL CO. OF CALIFORNIA, AMERCO REAL ESTATE COMPANY, AND AMERCO
13
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZBON PRYOR,<br><br>   Plaintiffs,<br><br>   v.<br><br>U-HAUL CO. OF CALIFORNIA;<br>AMERCO REAL ESTATE COMPANY;<br>AMERCO<br><br>   Defendants. | CASE NO. 3:22-cv-05311-JD<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITHOUT<br>PREJUDICE** |

## **STIPULATION**

Plaintiff EZBON PRYOR ("Plaintiff") and Defendants U-HAUL CO. OF CALIFORNIA; AMERCO REAL ESTATE COMPANY; AMERCO ("Defendants") (collectively, "the Parties") hereby stipulate and request that the Court dismiss with matter without prejudice.  This request is based on the following good cause:

   1.   Plaintiffs filed his Complaint on September 19, 2022.  Dkt. No. 1.

2. On November 14, 2022, Defendants filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(3). Dkt. No. 10

3. The Parties have agreed to pursue this matter in arbitration pursuant to Defendants' request.

4. Therefore, the Parties agree to dismiss the Federal Court action without prejudice pending the outcome of the arbitration.

**IT IS SO STIPULATED.**

Dated: January 19, 2023                REIN & CLEFTON

　　　　　　　　　　　　　　　　　　 */s/ Aaron M. Clefton*
　　　　　　　　　　　　　　　　　　By: AARON M. CLEFTON, ESQ.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　EZBON PRYOR

Dated January 20, 2023                 Norton Rose Fulbright US LLP

　　　　　　　　　　　　　　　　　　 */s/ Ryan McCoy*
　　　　　　　　　　　　　　　　　　By: RYAN McCOY, ESQ.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　U-HAUL CO. OF CALIFORNIA, AMERCO REAL ESTATE COMPANY, AND AMERCO

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on January 20, 2023, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Ryan McCoy, Esq. in the filing of this document.

　　　　　　　　　　　　　　　　　　 */s/ Aaron Clefton*
　　　　　　　　　　　　　　　　　　　Aaron Clefton

# [PROPOSED] ORDER

For GOOD CAUSE SHOWN, it is so ORDERED. This matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 24, 2023

_____
Honorable James Donato
United States District Court Judge